UNITED STATES DISTRICT COURT
CIVIL DIVISION
SOUTHERN DISTRICT OF OHIO, CINCINNATI OFFICE

FEDERAL INSURANCE COMPANY,   CASE NO. 1:10-CV-00212

    Plaintiff,   Judge: Honorable Sandra S. Beckwith

v.

KIMBERLY PREBLES, et al.

    Defendants.

---

AMENDED STIPULATED PARTIAL DISMISSAL
OF INTENTIONAL TORTS AGAINST DEFENDANT DEREK PREBLES
AND OF DEFENDANT CLARK WESTERN

---

Now comes the Federal Insurance Company ("Plaintiff") and Derek Prebles, by and through counsel, and stipulate as follows:

1. Plaintiff hereby dismisses with prejudice its second claim for relief, concerning conversion against Derek Prebles, only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Derek Prebles agrees to dismiss his counterclaim against ClarkWestern, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3. All remaining parties and causes of action remain active in this case.

IT IS SO ORDERED:

_____
Honorable Sandra S. Beckwith

Agreed and Stipulated,

**HOCHMAN & PLUNKETT, CO, LPA**

/s/ Alissa J. Magenheim
Alissa J. Magenheim
Attorney for Derek Prebles
3077 Kettering Blvd, Suite 210
Dayton, OH 45439
(937) 228-2666
fax: (937) 228-0508
alissamagenheim@hochmanplunkett.com

email approval 2/03/2012
Andrew R. Kasle  (0042370)
Attorney for Plaintiff
526 Superior Ave. East, Suite 833
Cleveland OH 44114
(216) 861-4355
fax: (216) 621-9648
andrewkasle@aol.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon all parties by electronic transmission and/or ordinary mail on this 6th day of February, 2012.

/s/ Alissa J. Magenheim
Alissa J. Magenheim
Attorney for Derek Prebles

email approval 1/31/2012
Andrew R. Kasle  (0042370)
Attorney for Plaintiff